# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALDEZ,<br><br>                Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.<br><br>                Defendants. | Case No.: 19cv1359-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>[Doc. No. 27] |

On January 16, 2020, Plaintiff Juan Valdez ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") filed a joint motion to dismiss Plaintiff's claims against Experian with prejudice. *See* Doc. No. 27. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff's claims against Experian **with prejudice**. Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED**.

Dated: January 17, 2020

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge